UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
CRIMINAL MINUTES - SENTENCING

Case No.   0:13cr7(1)-DLB       At: Ashland        Date:  Monday, July 8, 2013

Style:  **U.S.A. vs. JUNIA KAY RATLIFF**   X present   X bond    OR   AGE  66

DOCKET ENTRY:

PRESENT:  HON.      DAVID L. BUNNING      , JUDGE

  JANET SOLOMON         LISA WIESMAN         CHRISTOPHER L. NASSON  
      Deputy Clerk              Court Reporter           Assistant U.S. Attorney

Counsel for Deft  C. DAVID MUSSETTER       X present    retained   X appointed

**PROCEEDINGS:  SENTENCING**

____ Objections to Presentence Report were ruled on as noted above.

 X  No objections to Presentence Report.

____ Transcript shall be deemed as written findings of Court.

 X  The tendered Plea Agreement is approved by the Court and is filed of record.

 X  Judgment shall be entered (See Judgment & Commitment.)

 X  Defendant to remain on bond pending designation of service of sentence by the Bureau of Prisons.

TIC:  | 13 |

B:\DATA\ORDERS\Ashland Criminal\2013\13-7(1) sentencing minutes 7-8-13.wpd